IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| USAA LIFE INSURANCE COMPANY, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> MARCELLA CULVER; L.W.H. a Minor, ) <br> AMANDA JOHNSTON, as Guardian Ad ) <br> Litem for L.W.H. a Minor; and GEORGE ) <br> SEIER, Personal Representative of the ) <br> Estate of David Garrett Hopper, ) <br> ) <br> Defendants. ) | Case No. 2:15cv309-WHA <br> (wo) |

**ORDER**

Upon consideration of the Motion for Discharge and Dismissal With Prejudice (Doc. #36), it is hereby ORDERED that Marcella Culver shall show cause, if any there be, **on or before October 22, 2015**, why the Proposed Order included with the Motion ought not be entered by the court.

Done this 14th day of October, 2015.

                                                    /s/ W. Harold Albritton
                                                    W. HAROLD ALBRITTON
                                                    SENIOR UNITED STATES DISTRICT JUDGE